■ In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, as Executrix of KEVIN W. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. In the Matter of the Estate of KATHLEEN A. STANLEY, Deceased. RICHARD T. STANLEY, as Administrator of the Estate of KATHLEEN A. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. (Appeal No. 3.) [913 NYS2d 591]—Appeals from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered October 9, 2009. The order, among other things, determined that petitioners' amended pleadings were untimely filed.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Stanley* (79 AD3d 1620 [2010]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.

■ In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, as Executrix of KEVIN W. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. (Appeal No. 4.) [913 NYS2d 617]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered November 16, 2009. The order, granted a petition by Lawrence J. Mattar, Esq., as guardian ad litem for Ashley Stanley, a minor, for other attorneys to assist him in performing duties relative to his appointment as guardian ad litem.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Stanley* (79 AD3d 1620 [2010]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.